UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GLADYS LEON                                                                CIVIL ACTION
                                                                           NO. 06-7296

VERSUS

STATE FARM INSURANCE COMPANY, NANCY                                        SECTION M
MILLER AND AAA CONTRACTORS

**ORDER**

Before the Court is Plaintiff's Motion to Remand which is opposed and which came for hearing on December 20, 2006, on the briefs.  After consideration of the motion, the opposition, the supplemental exhibits filed by Defendant, as well as the applicable law, the Court grants the Motion.

Plaintiff Gladys Leon owns the residence at 3916 Kent Ave, Metairie, Louisiana, which was damaged by Hurricane Katrina.  Leon had a homeowner's policy with State Farm purchased through her agent, Defendant Nancy Miller within one year of Hurricane Katrina.  She alleges in her original petition that within the last year plaintiff has conversed with her agent regarding limits, scope of coverage and has made or requested changes.  Leon further alleges and pleads that Miller was negligent and/or breached their agreement by failing to procure adequate insurance coverage for plaintiff's property.

On August 28, 2006, Leon filed suit in the 24th Judicial District Court for the Parish of Jefferson.  Thereafter, State Farm and Miller removed the case to this Court.

State Farm and Miller allege in their opposition that Leon fraudulently joined

Miller and AAA contractors[1].

If the plaintiff states a viable cause of action against a non-diverse defendant, then that carries with it a presumption of regularity. Any alleged but unresolved facts are accepted in this fact pleading record. *See* 28 USCA §1441(b); *See also* Smallwood v. Illinois Cent. R.R. 385F3d 568 (5th Cir. 2004).

**Accordingly**, the motion is **GRANTED**, and the matter is **REMANDED** to the 24th Judicial District Court for the Parish of Jefferson.

New Orleans, Louisiana, this 27th day of December, 2006.

                                                  Peter Beer
                                      United States District Judge

---

[1] In its opposition to the Motion to Remand State Farm alleges fraudulent pleading of jurisdictional facts pertaining to AAA Contractor Services and agent Nancy Miller. As supplemental exhibits to its opposition, State Farm filed "Memorandum in Response to Court Orders" filed in C.A. No. 06-7358, which addresses these allegations. Having considered the explanation of plaintiff's counsel as well as State Farm's response, this Court follows Judge Zainey (*see* C.A. No. 06-7358, rec. doc. #25).